# CULLENandDYKMANLLP

**MEMO ENDORSED**

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

**James P. Clark**
Partner
Direct Dial: (516) 357-3864
Facsimile: (516) 296-9155
jclark@cullenanddykman.com

~~June 9, 2008~~

Adjourned to 7/8/08 @ 9:00 A.M.

SO ORDERED:
Date: 6/10/08
Richard M. Berman, U.S.D.J.

**Via ECF**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Re:   District 6 Health Plan v. E-C Management Services, Inc.
      Index No. 08-CV-4069

Dear Judge Berman:

We are local counsel for the Defendant E-C Management Services, Inc., in the above-referenced action.

We write on consent of counsel for the Plaintiff to request an adjournment of the initial conference that is presently scheduled before Your Honor on June 11, 2008. This request is prompted by the fact that we have just recently learned that Plaintiff has apparently served the incorrect entity and, as a result, they are re-initiating service of process. Additionally, the parties are engaged in settlement discussions pending the service of the complaint on the appropriate party.

The parties are available on July 1, 2, 8, or 10 for a rescheduled conference if any of those dates work for the Court.

Thank you for your consideration of this request.

Very truly yours,

CULLEN AND DYKMAN LLP

James P. Clark

cc:   Kellie Walker, Esq.
      King Tower, Esq.

*Founded 1850*

BROOKLYN    LONG ISLAND    MANHATTAN    WASHINGTON, D.C.    NEW JERSEY