UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DISTRICT 6 HEALTH PLAN                         :
                                               :   08 Civ. 4069 (RMB)
                            Plaintiff,         :
            - against -                        :
                                               :   **ORDER OF DISCONTINUANCE**
E-C MANAGEMENT SERVICES, INC.,                 :
                                               :
                            Defendant.         :
------------------------------------------------------------x

      Based upon the parties' letter, dated July 7, 2008, indicating that the parties have reached a settlement agreement, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendant may apply, on or before August 8, 2008 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned. The conference scheduled for July 8, 2008 is adjourned.

**SO ORDERED**.

Dated: New York, New York
       July 7, 2008

                                                        Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/7/2008