UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT 6 HEALTH PLAN and it's TRUSTEES,

                        Plaintiffs,

-against-

E-C MANAGEMENT SERVICES, INC. f/k/a ECONO CLEAN JANITORIAL SERVICES, INC. d/b/a E-C MANAGEMENT SERVICES, INC. d/b/a EC FOOD SERVICES,

                        Defendant.

08-cv-4069 (RB)

**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)**

---

      **PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 41(a)(1)(i), the above-captioned action be and hereby is dismissed without prejudice in its entirety.

Dated: New York, New York
         August 4, 2008

**BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC**

By: _____
Charles R. Virginia, Esq. (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Office Tel. No.: (212) 943-9080
Facsimile No.: (212) 943-9082
*Attorneys for Plaintiffs*

**SO ORDERED:**

**Dated:** _____   _____
                                                                          U.S.D.J.