UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT 6 HEALTH PLAN and it's TRUSTEES,<br><br>Plaintiffs,<br><br>-against-<br><br>E-C MANAGEMENT SERVICES, INC. f/k/a ECONO CLEAN JANITORIAL SERVICES, INC. d/b/a E-C MANAGEMENT SERVICES, INC. d/b/a EC FOOD SERVICES,<br><br>Defendant. | 08-cv-4069 (RB)<br><br>PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i) |

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(i), the above-captioned action be and hereby is dismissed without prejudice in its entirety.

Dated: New York, New York
August 4, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Charles R. Virginia, Esq. (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Office Tel. No.: (212) 943-9080
Facsimile No.: (212) 943-9082
*Attorneys for Plaintiffs*

SO ORDERED:

Dated: 8/5/08

Richard M. Berman
U.S.D.J.

U:\Winword Documents\District 6 Benefit Funds\Collections\E-C Management Services\Stipulation of Dismissal August 2008.doc