UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISTRICT 6 HEALTH PLAN and it's TRUSTEES,<br><br>                                        Plaintiffs,<br>-against-<br><br>E-C MANAGEMENT SERVICES, INC. f/k/a ECONO CLEAN JANITORIAL SERVICES, INC. d/b/a E-C MANAGEMENT SERVICES, INC. d/b/a EC FOOD SERVICES,<br><br>                                        Defendant. | 08-cv-4069 (RB)<br><br>PLAINTIFFS' AMENDED NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i) |

**PLEASE TAKE NOTICE** that, pursuant to Fed.R.Civ.P. 41(a)(1)(i), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Dated: New York, New York
       September, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
Charles R. Virginia, Esq. (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Office Tel. No.: (212) 943-9080
Facsimile No.: (212) 943-9082
*Attorneys for Plaintiffs*

**SO ORDERED:**

**Dated:** _____

_____
                    U.S.D.J.